UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| J&J Sports Productions, Inc., )<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>Centro Celvesera La Zaona, LLC d/b/a, )<br>Centro Celvesera La Saona, )<br>Prudencio Rodriguez, )<br>      Defendants. )<br>) | **JUDGMENT**<br><br>No. 5:11-CV-69-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for summary judgment is allowed in part. Plaintiff shall have and recover of Centro Celvesera La Zaona, LLC the amount of $11,000 in damages and $2672.50 in attorney's fees and costs, for a total award of $13,672.50, with interest accruing at the legal rate from the date of this judgment until paid. Defendant Rodriguez is DISMISSED. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on November 1, 2011, and served on:**

Rebecca A. Leigh (via CM/ECF Notice of Electronic Filing)
Gregory Stephen Connor (via CM/ECF Notice of Electronic Filing)

November 1, 2011                /s/ Dennis P. Iavarone,
                              Clerk of Court